IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CHASE LARSEN,<br><br>                    Defendant. | **4:26CR3013**<br><br><br>**ORDER** |

Defendant has moved to be released to state custody, (Filing No. 25). The motion is unopposed. Based on the showing set forth in the motion and comments of counsel and Defendant during the hearing, the court finds the motion should be granted. Defendant knowingly, voluntarily, and intelligently waived his rights under the Interstate Agreement on Detainers Act during the June 23, 2026 hearing. Accordingly,

IT IS ORDERED:

1)   Defendant's motion to be released to state custody and a federal detainer to be lodged, (Filing No. 25), is granted.

2)   Defendant shall be returned to state custody for confinement on his state charges pending further proceedings or further order of the Court. A federal detainer should be lodged.

Dated this 23rd day of June, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge